**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PAMELA DAVIS,

                Plaintiff,                23 **CIVIL** 1205 (BCM)

      -v-                             <u>**JUDGMENT**</u>

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 31, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including, if necessary, a new hearing and decision. See Shalala v.Schaefer, 509 U.S. 292 (1993).**Dated:**  New York, New York

     August 1, 2023

                                                   **RUBY J. KRAJICK**

                                               _____
                                                    **Clerk of Court**

                         **BY:**

                                                    _____
                                                    **Deputy Clerk**